# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Sidney Eugene Brown,

        Plaintiff(s),　　　　　　　　JUDGMENT IN A CIVIL CASE

vs.　　　　　　　　　　　　　　　　3:06cv253

James Roy Cooper,

        Defendant(s).

DECISION BY COURT. This action having come before the Court by Petition and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's June 20, 2006 Order.

June 20, 2006

FRANK G. JOHNS, CLERK

BY: *Cynthia Huntley*

Cynthia Huntley, Deputy Clerk