# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Sidney Eugene Brown,

    Plaintiff(s),

vs.

James Roy Cooper,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

3:06cv253

DECISION BY COURT. This action having come before the Court by Petition and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's June 20, 2006 Order.

June 20, 2006

FRANK G. JOHNS, CLERK

BY: *Cynthia Huntley*
Cynthia Huntley, Deputy Clerk